| | |
|---|---|
| 1 | FRANNY A. FORSMAN |
|   | Federal Public Defender |
| 2 | State Bar No. 000014 |
|   | RAQUEL LAZO |
| 3 | Assistant Federal Public Defender |
|   | 411 E. Bonneville Ave., Suite 250 |
| 4 | Las Vegas, Nevada 89101 |
|   | Tel: (702) 388-6577 |
| 5 | Fax: (702) 388-6261 |
| 6 | Attorney for **RODRIGUEZ-HERNANDEZ** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-105-JCM-GWF |
| Plaintiff, | **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** |
| vs. | |
| VICTOR MANUEL RODRIGUEZ-HERNANDEZ, | |
| Defendant. | |

COMES NOW THE DEFENDANT, Victor Manuel Rodriguez-Hernandez, by and through counsel, Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for VICTOR MANUEL RODRIGUEZ-HERNANDEZ, that the sentencing hearing currently scheduled for Thursday, August 22, 2013 at the hour of 10:00 a.m. be advanced to a date and time convenient to this court.

This Stipulation is entered into for the following reasons:

1. Defendant's Presentence Investigation Report has been completed. Probation has recommended a sentence of credit for time served. This is consistent with the parties sentencing agreement as delineated in the plea agreement.

2. The government has no opposition.

///

///

///

1

DATED this 15th day of July, 2013.

                                      Respectfully submitted,

                                      RENE L. VALLADARES
                                      Federal Public Defender

                                      */s/ Raquel Lazo*
By: _____
                                      RAQUEL LAZO,
                                      Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL RODRIGUEZ-HERNANDEZ,<br><br>Defendant. | 2:13-cr-105-JCM-GWF<br><br>**PROPOSED ORDER TO ADVANCE<br>SENTENCING HEARING** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, August 22, 2013 at the hour of 10:00 a.m. be advanced to July 30, 2013 at the hour of 10:30 a.m.

DATED 25 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on July 15, 2013, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING** by electronic service (ECF) to the person named below:

>DANIEL BOGDEN
>United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101
>ROBERT A. BORK
>Assistant United States Attorney
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

*/s/ Maribel Bran*
_____
Employee of the Federal Public Defender